**UNITED STATES BANKRUPTCY COUR T**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| IN RE: | CHAPTER 7 |
|---|---|
| JANE G. FRANKLIN, | CASE NO.:  16-22523-JRS |
| Debtor | HONORABLE JAMES R. SACCA |

## NOTICE OF PROPOSED ABANDONMENT

COMES NOW, Albert F. Nasuti, Trustee, Chapter 7 Trustee, in the above-styled case (hereinafter "Trustee"), pursuant to 11 U.S.C. §554 and Fed. R. Bankr. P. Rule 6007 and BLR 6007-1(b) and gives this notice of proposed abandonment of the following assets:

**(1) 2004 Mazda 6**
**(2) 1999 Ford F-250**

The Trustee has examined the estate's interest in the assets, if any, and has determined that such assets are either burdensome or of inconsequential value to the estate.  Accordingly, the Trustee proposes to abandon the foregoing assets.

Any objections to this proposed abandonment must be filed with the Clerk of the U.S. Bankruptcy Court, at 121 Spring Street, SW, Room 120, Gainesville, Georgia 30501, within fourteen (14) days of the date of mailing of this notice.  In the event no objection is timely filed, the abandonment shall be effective without further notice, hearing, or order of this Court.

Dated this 20th day of February, 2018.

/s/    *Albert Nasuti*
_____
Albert F. Nasuti, Trustee, Chapter 7 Trustee
Georgia Bar No. 535209
40 Technology Parkway South, Suite 300,
Peachtree Corner, GA 30092
(770) 925-0111
anasuti@tokn.com